FILED MAR 17 2016

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL DAVID, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| J. A. ECKARD, et al., | : | |
| Respondents. | : | No. 14-7123 |

### ORDER

**JOEL H. SLOMSKY, J.**

AND NOW, this 16th day of MARCH, 2016, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Petitioner's petition for a writ of habeas corpus is STAYED and held in ABEYANCE until a final decision is rendered in Washington v. Secretary Pa. Dept. of Corrections, 801 F.3d 160 (3d Cir. 2015).

3. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY
U.S. DISTRICT COURT JUDGE

ENTERED
MAR 17 2016
CLERK OF COURT